Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-28797
CHRISTOPHER R. BANKS, )
) Chapter: 13
) Honorable Jacqueline Cox
)
Debtor(s) )

### ORDER TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1. The plan is modified in Part 2.5 to show a plan base of $4,500.00.

Enter:

*(signed)* Jacqueline P. Cox
J. Cox
United States Bankruptcy Judge

Dated: APR 15 2019

**Prepared by:**
Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100